IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00082-RJC-SCR

| | |
|---|---|
| USA | ) |
| | ) |
| v. | )    **ORDER** |
| | ) |
| ALEJANDRO JOSE LOPEZ CEBALLOS | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the government's motion for turnover of funds held by the Federal Bureau of Investigation ("FBI") be applied to the special assessment in this case, (Doc. No. 309: Motion), to which the defendant has not responded.

Based on information in the motion, the Court finds that an order authorizing the turnover of a portion of the defendant's property is appropriate here. Therefore, it is **ORDERED** and **DECREED** that said motion is **GRANTED**.

It is **FURTHERED ORDERED** that the FBI remit a portion of the funds in its possession, held in evidence as reference numbers 1B70, 1B73, and 1B78, in the amount of $375.00, to the Clerk of Court, United States District Court for the Western District of North Carolina, located at 401 West Trade Street, Charlotte, North Carolina 28202, and the Clerk of Court will apply the funds to the special assessment as ordered in the judgment.

**SO ORDERED.**

Signed: October 26, 2023

Robert J. Conrad, Jr.
United States District Judge